FILED

2011 Apr-26  AM 08:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| VINCENT LANHAM and EMILY LANHAM,<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER, INC., a Delaware corporation, VALLEY HEALTH SYSTEMS, INC., a federally qualified health center, and JENIFER HADLEY, D.O.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:11-CV-00281-IPJ<br><br>(Case in other Court: West Virginia Southern, 2:10-cv-03157) |

## ORDER

Upon motion of the Defendant United States of America, and for good cause shown, it is hereby,

ORDERED that the United States is substituted as party defendant for the Defendant Valley Health Systems, Inc., and Defendant Jennifer Hadley, D.O., and further, it is hereby,

ORDERED that the Defendant United States is dismissed without prejudice because Plaintiffs failed to exhaust their administrative remedies by not filing

1

administrative claims under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §
1346(b) and 28 U.S.C. §§ 2671-80, thus depriving the Court of subject matter
jurisdiction.

So ORDERED this ___ day of _____, 2011.


_____
INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE