IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VINCENT LANHAM and EMILY LANHAM,<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER, INC., a Delaware corporation, VALLEY HEALTH SYSTEMS, INC., a federally qualified health center, and JENIFER HADLEY, D.O.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:11-CV-00281-IPJ<br><br>(Case in other Court: West Virginia Southern, 2:10-cv-03157) |

## CERTIFICATION OF SCOPE OF EMPLOYMENT

Pursuant to 42 U.S.C. § 233(c) and by virtue of the authority vested in me by 28 C.F.R. § 15.3(a), I hereby certify that:

1. I have read the complaint in *Vincent Lanham and Emily Lanham v. Pfizer, Inc., Valley Health Systems, Inc., and Jennifer Hadley, D.O.*, Civil Action Number 10-C-1936, Circuit Court of Kanawha County, West Virginia, which was removed to U.S. District Court for the Southern District of West Virginia, and transferred to the MDL, and is presently pending in the U.S. District Court for the Northern District of Alabama, Southern Division, as reflected in the above-captioned case.

1



2. On the basis of the information now available with respect to the incident referred to therein, individual Defendant Dr. Jennifer Hadley was acting within the scope of her employment as an employee of the United States through her employment with Valley Health Systems, Inc., for acts or omissions performed in connection with such incident alleged in Plaintiffs' Complaint.

DONE, on this the 26th day of April, 2011.

/s/ Acting United States Attorney
JOHN H. ENGLAND, III
ACTING UNITED STATES ATTORNEY